## McADAMS, TRUSTEE, ETC., *v.* JULIAN, ADMINISTRATOR.

[No. 12,555. Filed March 9, 1927.]

From Warren Circuit Court; *Burton B. Berry,* Judge.

Action between Charles V. McAdams as trustee under the will of William C. Smith and Isaac N. Julian. From the judgment rendered, the former appeals. *Reversed.* By the court in banc.

*C. V. McAdams* and *Harry P. Schultz,* for appellant.
*John J. Hall* and *Dale F. Stansbury,* for appellee.

REMY, J.—Reversed, on authority of *Julian, Admr.,* v. *McAdams, Trustee* (1927), *ante* 639, 155 N. E. 524.

---

## LANICH ET AL. *v.* JOSS ET AL.

[No. 12,946. Filed March 9, 1927.]

From Marion Superior Court (35,356); *Sidney S. Miller,* Judge.

Action between William Lanich and others and Frederick A. Joss and others. From the judgment rendered, the former appeal. *Affirmed.* By the court in banc.

*Salem D. Clark,* for appellants.
*Lew Wallace,* for appellees.

PER CURIAM.—Affirmed.

---

## BERNSTEIN *v.* CORBETT ET AL.

[No. 12,943. Filed March 9, 1927.]

From Grant Circuit Court; *J. F. Charles,* Judge.

Action between Harry J. Bernstein and James S. Corbett and others. From the judgment rendered, the former appeals. *Affirmed.* By the court in banc.

*VanAtta & Clawson,* for appellant.
*Robert R. Batton* and *Gus S. Condo,* for appellees.

PER CURIAM.—Judgment affirmed.